IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | *   CV 619-079 |
| ALL CLEAN CLEANING & RESTORATION, INC., and TERESA MOSLEY, | * |
| Defendants. | * |

O R D E R

Before the Court is the Parties' stipulation of dismissal without prejudice. (Doc. 33.) Plaintiff and Defendants consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 8th day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA